UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:16-cv-11131

| | | |
|---|---|---|
| LINNEA GARCIA-TATUPU, | ) | Complaint |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BERT BELL/PETE ROZELLE | ) | |
| NFL PLAYER RETIREMENT | ) | |
| PLAN And THE NFL PLAYER | ) | |
| SUPPLEMENTAL DISABILITY | ) | |
| PLAN, | ) | |
|    Defendants. | ) | |

General Allegations

1. The plaintiff Linnea Garcia-Tatupu is an individual who was married to the deceased Mosiula F. Tatupu, who prior to his death was a member of the National Football League Players Association, and resided in Wrentham Massachusetts.

2. The defendant Bert Bell/Pete Rozelle NFL Player Retirement Plan is the entity recognized by Employment Retirement Income Security Act to administer the applicable retirement plan, and is headquartered in Baltimore Maryland, and does business in the Commonwealth of Massachusetts.

3. The defendant The NFL Player Supplemental Disability Plan is the entity recognized by Employment Retirement Income Security Act to administer the applicable retirement plan.

4.   The instant Complaint is brought pursuant to 29 U.S.C. § 1001, which is also known as Section 503 of the Employment Retirement Income Security Act of 1974.

Factual Allegations

5.   That the plaintiff and Mosiula Tatupu were married on July 1, 1978.

6.   That Mosiula Tatupu enjoyed a career as a professional football player in the National Football League from 1978-1991.

7.   That on December 12, 1997, the Norfolk County Probate and Family Court in the Commonwealth of Massachusetts entered a judgment of divorce for the plaintiff and Mosiula F. Tatupu.

8.   That according to the judgment of divorce the plaintiff was to receive certain pension benefits due to Mosiula F. Tatupu.

9.   That Mosiula F. Tatupu died on February 23, 2010.

10.  That on October 5, 2012, Norfolk County Probate and Family Court entered an order directing that a Qualified Domestic Relations Order be ordered nunc pro tunc to September 24, 1997.

11. That the plaintiff has duly sought pension benefits expressly set forth in the divorce judgment approved by this Court from the Bert Bell/Pete Rozelle NFL Player Retirement Plan.

12. That by a letter of December 20, 2012, the defendant issued a final decision denying the plaintiff any benefits due to Mosiula F. Tatupu.

13. That the defendant has wrongfully denied the plaintiff the above-referenced pension benefits.

Wherefore the plaintiff demands an order and judgment against the defendant directing payment of all pension benefits due, plus interest, costs and attorneys fees.

    Respectfully Submitted,
    The Plaintiff,
    Linnea Garcia-Tatupu
    By Her Attorney,

    /s/Edward J. McCormick, III
    Edward J. McCormick III
    McCormick & Maitland
    195 Main Street, Suite Six
    Franklin, MA 02038
    (508)520-0333
    BBO# 329780